DIGGS *vs.* M'HENRY.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT, JUDGE BUCHANAN PRESIDING.

Appeal evidently taken for delay, and judgment affirmed with ten per cent. damages.

This is an action against the defendant as acceptor of a draft. Several matters were set up in the answer, by way of defence, but no attempt was made to prove them on the trial. Judgment was rendered against the defendant for the sum claimed, and he appealed.

*Elmore* and *King*, for the plaintiff.

*M'Millen*, contra.

*Morphy, J.*, delivered the opinion of the court.

The defendant being sued on a draft accepted by him, set up in defence divers matters which, upon the trial, he made no attempt to prove; from the judgment rendered against him below, he now prosecutes this appeal evidently for the purpose of delay. The appellee is entitled to the damages he prays for.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with ten per cent. damages on the amount of the draft, and costs in both courts.